IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01570–WJM–KMT

AIR METHODS CORPORATION,

    Plaintiff,

v.

OPEIU, and
OPEIU LOCAL 109,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendants "Motion for Leave to Participate in Scheduling and Planning Conference by Telephone" (Doc. No. 14, filed Sept. 8, 2011) is GRANTED.  Defendants' Counsel may attend the Scheduling Conference by telephone by calling 303-335-2780 at the scheduled time.

Dated: September 9, 2011