IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01570-RBJ-KMT

AIR METHODS CORPORATION,

    Plaintiffs,

v.

OPEIU and
OPEIU LOCAL 109,

    Defendants.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order [#36] filed September 28, 2012, by the Honorable R. Brooke Jackson, United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that OPEIU's and OPEIU Local 109's Motion for Summary Judgment [#30] is GRANTED. Accordingly, it is further

ORDERED that the Complaint and this civil action are DISMISSED WITH PREJUDICE. It is further

ORDERED that Defendant as the prevailing party is awarded its costs and may make an appropriate application to the Clerk of this Court, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is further

ORDERED that although defendant in its motion, brief and response brief requests an award of attorney's fees, it has provided no points or authorities on which an award of attorney's fees may be made. Accordingly, the request for an award of

attorney's fees is DENIED.

DATED at Denver, Colorado September 28, 2012.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ Edward Butler
   Edward P. Butler
   Deputy Clerk